Roberta L. Steele, CA SBN 188198
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA  94102

John F. Stanley, WASBN 15418
May R. Che, NY SBN 4255378
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA  98104
Tel: (206) 220-6919
Facsimile: (206) 220-6911
may.che@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. |
| Plaintiff | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| VERITY PROPERTY MANAGEMENT, INC., | |
| Defendant. | |

NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act, as amended by the

ADA Amendments Act of 2008, 42 U.S.C. § 12101 *et. seq.*, ("ADA" and "ADAAA") to correct

unlawful employment practices on the basis of disability and to provide appropriate relief to

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

Kayla Cammack who was adversely affected by such practices.  The Equal Employment Opportunity Commission ("EEOC") alleges that Verity Property Management Inc. ("Defendant") discriminated against Ms. Cammack, a qualified individual with a disability, when it terminated her employment on March 8, 2018 on the basis of disability.  EEOC further alleges that Defendant made unlawful medical inquiries prior to an offer of employment and failed to satisfy its record keeping obligations in violation of the ADA.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Idaho.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission" or "EEOC"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. 2000e-5(f)(1).

4.      At all relevant times, Defendant has continuously been doing business in the State of Idaho and has continuously had at least 15 employees.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

5.      At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6.      At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

<u>ADMINISTRATIVE PROCEDURES</u>

7.      More than thirty (30) days prior to the institution of this lawsuit, Charging Party Kayla Cammack filed a charge with the EEOC alleging violations of Title I of the ADA by Defendant.

8.       On February 7, 2019, the Commission issued to Defendant a Letter of Determination finding reasonable cause to believe that Title I of the ADA was violated and inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

9.      The Commission engaged in communications with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the Letter of Determination.

10.      The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

11.      On March 28, 2019, the Commission issued to Defendant a Notice of Failure of Conciliation.

12.      All conditions precedent to the institution of this lawsuit have been fulfilled.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

<u>STATEMENT OF CLAIMS</u>

13.     Since at least February 26, 2018, Defendant has engaged in unlawful employment practices in violation of Sections 102(a) and 102(b)(5) of Title I of the ADA, 42 U.S.C. §§ 12112(a) and 12112(b)(5).  Defendant discriminated against Kayla Cammack, a qualified individual with a disability, when it terminated her from her Leasing Agent job on March 8, 2018.

14.     Defendant hired Cammack as a Leasing Agent on or about February 26, 2018 after concluding that she had the requisite background, skill, and experience to perform the essential functions of the job.

15.     Defendant regarded Ms. Cammack as having a disability by subjecting her to an adverse employment action when it terminated her employment because of an actual or perceived impairment, when it learned that Ms. Cammack took medications prescribed to her to treat a medical condition.

16.     Since at least February 26, 2018, Defendant has engaged in unlawful employment practices in violation of section 102 of the ADA, 42 U.S. section 12112(d)(2)(A) in that it had a practice of making unlawful medical inquires of job applicants by seeking disclosure of any drug use, including prescription drug use, prior to an offer of employment.

17.     On or about February 26, 2018, Defendant's President made an unlawful medical inquiry in violation of section 102 of the ADA, 42 U.S.C. section 12112(d)(2)(A) when, before making a conditional job offer to Ms. Cammack, Defendant's President asserts he advised her that she should disclose any drug use, including prescription drug use.

18.     Since at least March 22, 2018,  Defendant has failed, in violation of Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Section 709(c) of

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

Title VII, 42 U.S.C. § 2000e-8(c), to make and preserve records relevant to the determination of whether unlawful employment practices have been or are being committed in that it failed to preserve records related to job applicants it did not hire.

19.     The effect of the practices complained of in paragraphs 13-18 above have been to deprive Ms. Cammack and other Defendant employees and applicants of equal employment opportunities and otherwise adversely affect her status as an employee because of her perceived disability.

20.     The unlawful employment practices complained of in paragraphs 13-18 above were and are intentional.

21.     The unlawful employment practices complained of in paragraphs 13-18 above were done with malice or with reckless indifference to the federally protected rights of Ms. Cammack and other Defendant employees and applicants.

<u>PRAYER FOR RELIEF</u>

Wherefore, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Defendant, its officers, agents, successors, assigns, and all persons in active concert or participation with it, from unlawfully failing to provide equal employment opportunities to applicants for employment and employees with disabilities, including unlawfully making pre-employment offer medical inquires, and to accommodate applicants' and employees' disabilities, and any other employment practice which discriminates on the basis of disability.

B.     Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

EEOC v. Verity Property Management, Inc.
COMPLAINT
Page 5 of 8

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

C.     Order Defendant to make whole Ms. Cammack by providing appropriate back pay with interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.     Order Defendant to make whole Ms. Cammack by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 13-18 above, including past and future out-of-pocket losses, in amounts to be determined at trial.

E.     Order Defendant to make whole Ms. Cammack by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 13-18 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F.     Order Defendant to pay Ms. Cammack punitive damages for its malicious or reckless conduct, as described in paragraphs 13-18 above, in amounts to be determined at trial.

G.     Order Defendant to make and preserve all records relevant to the determination of whether unlawful employment practices have been or are being committed, in accordance with Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c).

H.     Grant such further relief as the Court deems necessary and proper in the public interest.

I.     Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

1   DATED this 30th day of August 2019.

2

3   ROBERTA L. STEELE
    Regional Attorney

4   BY: /s/ Roberta L. Steele              SHARON FAST GUSTAFSON
    Roberta L. Steele                      General Counsel
5   Regional Attorney
6   EQUAL EMPLOYMENT OPPORTUNITY           JAMES L. LEE
    COMMISSION                             Deputy General Counsel
7   San Francisco District Office
    450 Golden Gate Ave, 5th Floor West    GWENDOLYN Y. REAMS
8   San Francisco, CA 94102                Associate General Counsel
9   Telephone (415) 522-3150
    roberta.steele@eeoc.gov                Office of the General Counsel
10                                         131 "M" Street NE
                                           Washington, D.C. 20507
11

12  BY: /s/ John F. Stanley
    John F. Stanley
13  Supervisory Trial Attorney
    EQUAL EMPLOYMENT OPPORTUNITY
14  COMMISSION
    Seattle Field Office
15  909 First Avenue, Suite 400
    Seattle, WA  98104-1061
16  Telephone (206) 220-6896
    john.stanley@eeoc.gov
17

18  BY: /s/ May Che
    May Che
19  Senior Trial Attorney
    Seattle Field Office
20  909 1st Avenue, Suite 400
    Seattle, Washington 98104-1061
21  Telephone (206) 220-6919
    Facsimile (206) 220-6911
22  may.che@eeoc.gov

23

24              Attorneys for Plaintiff EEOC

25

EEOC v. Verity Property Management, Inc.
COMPLAINT
Page 7 of 8

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF SERVICE

 I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system.

 DATED this 30th day of August, 2019.

        */s/ Rebecca Eaton*_____
        Rebecca Eaton
        Paralegal Specialist
        EEOC Seattle Field Office
        909 First Avenue, Suite 400
        Seattle, WA 98104-1061
        Telephone: (206) 220-6855
        Email: rebecca.eaton@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882