UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>VERITY PROPERTY MANAGEMENT, INC.,<br><br>　　　Defendant. | Case No. 1:19-cv-00335-BLW<br><br>**ORDER APPROVING CONSENT DECREE & CLOSING CASE** |

　　The Court, having considered the foregoing stipulated agreement of the parties (Dkt. 4), hereby orders that:

(1) the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action.

(2) This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees.

(3) The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

**MEMORANDUM DECISION AND ORDER - 1**

(4) The Clerk is directed to close this case, subject to reopening in the event a party files a petition for enforcement of the Consent Decree.

DATED: October 30, 2019

B. Lynn Winmill
United States District Judge